# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: March 2, 2005)

****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

This Order confirms **an informal Status Conference (on the record)** is scheduled in this matter for **10:00 a.m., on Wednesday, March 16, 2005**. The status conference will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff and the United States shall appear in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge