# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: March 21, 2005)

*****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On March 16, 2005, this Court held a status conference in this case. Currently, three avenues are available to the Court: Granting the Plaintiff's motion for reconsideration; denying the Plaintiff's motion and transferring the case to the D.C. Circuit; or allowing the case to proceed on interlocutory appeal. We have requested further briefing in this matter. In supplemental briefs, the Parties are to address the following:

1) Legal and policy based reasons the Court should consider in determining which course to follow;

2) The effect of the assignment of a new judge upon the standards for a motion to reconsider under the U.S. Court of Federal Claims Rule 59. For example, to what extent may a new judge revisit issues; to what extent must a new judge disagree with the prior decision in order to grant a motion to reconsider; and can a new judge decide the issue *de novo*?

**The Parties are to submit simultaneous briefs no later than April 6, 2005. Currently, there is pending a Transfer Order in this matter. That Order is hereby STAYED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge