**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 30, 2005)

| | | |
|---|---|---|
| **FLORIDA POWER & LIGHT COMPANY,** Plaintiff, v. **THE UNITED STATES,** Defendant. | ) | No. 98-483C (Judge Baskir) |

**NOTICE OF FEDERAL CIRCUIT ORDER REGARDING PLAINTIFF'S PETITION FOR PERMISSION TO APPEAL**

Plaintiff Florida Power & Light Company ("FPL"), by and through its undersigned counsel, respectfully files this Notice to inform the Court of the Federal Circuit's March 25, 2005 Order ("Federal Circuit Order") on FPL's petition – which was filed jointly with three other plaintiffs in the spent nuclear fuel cases – for permission to appeal the January 31, 2005 Opinion and Order (Sypolt, J.) in this case concluding that this Court lacked subject matter jurisdiction over FPL's breach-of-contract action and transferring this case to the U.S. Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.[1]

The Federal Circuit Order (a copy of which is attached electronically to this Notice at Tab A) states that, in light of FPL's and the other pending motions for reconsideration that are currently before this Court, the "better course" of action is holding the petition for permission to appeal "in abeyance pending resolution of the petitioners' motions for reconsideration by the Court of Federal Claims" rather than granting or denying the petition for at this time.

[1] This transfer order was subsequently stayed per the Court's March 21, 2005 Order.

Assuming that the Federal Circuit Order does not affect the Court's March 21, 2005 Order requesting further briefing on FPL's motion for reconsideration, FPL will submit its supplemental brief on or before April 6, 2005.

Dated: March 30, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Florida Power & Light Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)