IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLORIDA POWER AND LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-483C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO THE COURT'S ORDER DATED MARCH 21, 2005

Defendant, upon behalf of both parties, respectfully requests that the Court grant the parties an enlargement of time of two days, to and including April 8, 2005, within which to file their responses to the Court's order dated March 21, 2005. The parties' responses are currently due to be filed on April 6, 2005. Neither party has previously requested an enlargement of time for this purpose. One of the counsel for plaintiff, Daniel Herzfeld, has represented that plaintiff, Florida Power & Light Company, joins in this motion.

Following the parties' recent status conference with the Court and the Court's issuance of its March 21, 2005 order, the parties have worked to prepare responses to the Court's questions about the effect of a RCFC 59 motion for reconsideration following the transfer of a case from the original trial court judge to a successor trial court judge. Counsel for defendant has recently identified

some case precedent that appears applicable to this situation, but, before he refers the Court to that precedent, he needs to complete his analysis of that case law and ensure appropriate review and approval of his discussion. Unfortunately, various matters associated with other spent nuclear fuel cases, including the need to address issues that arose during the two-week trial in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.), that concluded on April 1, 2005, slowed counsel for defendant's ability to complete that effort. The parties jointly request that the Court provide them with an additional two days, to and including April 8, 2005, to complete their responses to the Court's March 21, 2005 order.

For the foregoing reasons, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

April 6, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.