# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: April 8, 2005)

****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## <u>ORDER</u>

Parties' joint **Motion for a 2-day Enlargement of Time**, until **April 8**, 2005, to respond to the Court's March 21, 2005, Order is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge