**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 26, 2005)

| | | |
|---|---|---|
| **FLORIDA POWER & LIGHT COMPANY,** Plaintiff, v. **THE UNITED STATES,** Defendant. | ) | No. 98-483C (Judge Baskir) |

**NOTICE OF FEDERAL CIRCUIT ORDER REGARDING PLAINTIFF'S PETITION FOR PERMISSION TO APPEAL**

Plaintiff Florida Power & Light Company ("FPL"), by and through its undersigned counsel, respectfully files this Notice to inform this Court of the U.S. Court of Appeals for the Federal Circuit's ("Federal Circuit") May 17, 2005 Order ("Federal Circuit Order") on FPL's petition – which was filed jointly with four other plaintiffs[1] in the spent nuclear fuel cases (together "Petitioners") – for permission to appeal the January 31, 2005 Opinion and Order (Sypolt, J.) in this case. That Opinion and Order concluded that this Court lacked subject matter jurisdiction over FPL's breach-of-contract action and transferred that action to the U.S. Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.[2]

On May 3, 2005, the remaining Petitioners submitted a motion requesting, inter alia, that the Federal Circuit (1) grant the Joint Petition as applicable to PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company so these two Petitioners could proceed and (2) continue to

---

[1] The four other plaintiffs included PSEG Nuclear, L.L.C., Public Service Electric and Gas Company, Nebraska Public Power District, and Duke Power.

[2] This transfer order was subsequently stayed per this Court's March 21, 2005 Order.

hold in abeyance the Joint Petition as applied to FPL. The Federal Circuit Order (a copy of which is attached electronically to this Notice at Tab A) states that, "Because one motion for reconsideration remains pending, we conclude that the petition should continue to be held in abeyance." The Federal Circuit has further directed FPL "to inform the court within 14 days of the resolution of its motion for reconsideration pending before the Court of Federal Claims."

Dated: May 26, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Florida Power & Light Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

Document #: 1324526 v.1