# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: July 13, 2005)

*****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

**With a view to advancing this case, the Parties are ordered to file a Joint Status Report with the Court by no later than July 27, 2005, addressing the following matters:**

1) Summarizing proceedings to date, including pending motions;

2) Proposing a schedule for further proceedings; and,

3) Addressing whether or not it is appropriate to stay the case. We note that the other Spent Nuclear Fuel cases on the Court's docket are currently stayed. *See Southern Calif. Edison v. United States*, No. 04-109C; *PPL Susquehanna, LLC v United States*, No. 04-00070C.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge