# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: August 1, 2005)

*****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On July 27, 2005, the parties filed a joint response to the Court's July 13, 2005 Order. In their response, the parties requested that the Court stay proceedings pending the Federal Circuit's resolution of *Indiana Michigan Power Co. v. United States*, No. 04-5122. **We grant the parties' request and hereby stay the case. The parties are ordered to file a joint status report every 60 days informing the Court of any new developments in *Indiana Michigan*. Thirty days after the Federal Circuit issues its opinion the parties are to file a joint status report with a suggested schedule for further proceedings.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge