# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: October 7, 2005)

*****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On September 30, 2005, the parties filed a joint status report to include a motion to continue stay until November 30, 2005. An extension of the stay in this case is necessary because the time period within which either party may seek reconsideration and/or rehearing of the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122, does not expire until October 24, 2005.

**The parties' request that this case continue to be stayed through November 30, 2005, is hereby GRANTED. The parties shall file a joint status report with a suggested schedule for further proceedings no later than December 7, 2005.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge