**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 7, 2005)

| | |
|---|---|
| **FLORIDA POWER & LIGHT COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 98-483C<br>(Judge Baskir) |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S ORDER DATED OCTOBER 7, 2005**

Pursuant to RCFC 6 & 6.1, Plaintiff Florida Power & Light Company ("FPL"), upon behalf of both parties, respectfully requests that the Court extend the deadline for the parties' submission of a joint status report for further proceedings in this case. Under the Court's October 7, 2005 Order, the submission of the parties' joint status report is currently due on December 7, 2005. The parties seek to extend this deadline by nine days, until December 16, 2005. This is the first enlargement sought by the parties for the submission of their joint status report. Counsel for FPL has spoken with lead counsel for Defendant (the "Government"), Ms. Marian Sullivan, who has represented the Government joins in this motion for enlargement.

Although counsel for the parties have engaged in discussions regarding further proceedings in this case, an enlargement of time is necessary here to allow the parties' to complete their discussions and propose a schedule for further proceedings in this case. In that regard, on November 28, 2005 the Federal Circuit denied the petition of Plaintiff-Appellant Indiana Michigan for rehearing on one aspect of the Federal Circuit's September 9, 2005 opinion in the case. In addition to the need to consider the impact of this recent development, one of the counsel for the Government (Mr. Lester) is on travel this week, which makes it difficult for

counsel for the parties to complete their discussions in this case. A nine-day enlargement will provide counsel for the parties with sufficient time to resume and complete their discussions, at which time the parties will be prepared to submit their joint status report to the Court.

Thus, for the foregoing reasons and for good cause shown, FPL and the Government respectfully request that the Court extend the deadline for the parties' submission of a joint status report for further proceedings in this case, by nine days, until December 16, 2005.

Dated: December 7, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Florida Power & Light Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)