# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: December 8, 2005)

****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Parties' joint **Motion for a 9-day Enlargement of Time**, until **December 16, 2005**, to file the joint status report regarding further proceedings in this case is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge