**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on February 2, 2006)

| | | |
|---|---|---|
| **FLORIDA POWER & LIGHT COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | ) | No. 98-483C<br>(Judge Baskir) |

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ITS AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Florida Power & Light Company ("FPL"), through the undersigned counsel, respectfully files this short reply in support of its January 3, 2006 Motion For Leave To File Its Amended And Supplemental Complaint. On January 19, 2006, Defendant (the "Government") filed a response to FPL's motion for leave, which response stated that the Government does not oppose FPL's motion.[1] Defendant's Response To Plaintiff's Motion For Leave To File Its Amended And Supplemental Complaint at 2. For that reason, and for the reasons stated in FPL's January 3, 2006 motion, the Court should grant FPL leave to file its amended and supplemental complaint (which pleading was attached as Exhibit A to its motion for leave).

Additionally, consistent with the parties' December 16, 2005 Joint Status Report, FPL respectfully requests the opportunity for the parties to file a joint status report outlining their

[1] Although the parties continue to disagree about the effect of the U.S. Court of Appeals for the Federal Circuit's decision in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005) on the recoverability of post-complaint damages in this case, the Court need not resolve that issue at this time because the parties have agreed that November 30, 2005 is an acceptable "cutoff" date for FPL's damages claim in the instant action.

proposal for further proceedings in this case within 30 days after the Court rules on FPL's motion for leave to file its amended and supplemental complaint.

Dated: February 2, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Florida Power & Light Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)