# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: March 8, 2006)

*****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The parties filed a Joint Status Report on March 6, 2006. In it, they requested a 6-month stay pending the outcome of other spent nuclear fuel (SNF) cases in the U.S. Court of Federal Claims and the U.S. Court of Appeals for the Federal Circuit. The parties agree with the Court's earlier suggestion that the current case is no longer a "lead" SNF case, so a stay would be appropriate at this time.

**The parties' request is GRANTED. This case is hereby STAYED until September 8, 2006. The parties shall file a Joint Status Report no later than September 15 addressing further proceedings.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge