# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: September 15, 2006)

****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties filed a Joint Status Report on September 14, 2006. The parties request that the Stay be continued pending the outcome of other spent nuclear fuel (SNF) cases in the U.S. Court of Federal Claims and the U.S. Court of Appeals for the Federal Circuit.

**The parties' request is GRANTED. This case is hereby STAYED until December 31, 2006. The parties shall file a Joint Status Report no later than Friday, January 5, 2007, addressing further proceedings.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge