**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 5, 2007)

| | |
|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 98-483C<br>(Judge Baskir) |

**JOINT MOTION TO CONTINUE STAY**

Plaintiff Florida Power and Light Company ("FPL") and Defendant, the United States, respectfully and jointly move for a continuation of the stay in this case through June 30, 2007. The Court's September 15, 2006 Order stayed this case through December 31, 2006. A continuation of the stay in this case is appropriate for reasons set forth in the parties' joint status report filed contemporaneously with this motion. In short, multiple spent fuel cases are proceeding on various fronts (including before the U.S. Court of Appeals for the Federal Circuit) that could inform the Court's resolution of various key issues in this case.

Thus, for the foregoing reasons, the parties respectfully request that this case continue to be stayed, through June 30, 2007. If the Court grants the instant motion, the parties intend to file a joint status report on or before June 30, 2007 specifying how this case should proceed.

Dated: January 5, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan by s/ Jack Y. Chu
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Tele: (202) 307-0365
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585