IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLORIDA POWER AND LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-483C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANT'S CORRECTED RESPONSE TO MR. WILLIAM D.
PETERSON'S *PRO SE* MOTION TO INTERVENE AND COMPLAINT

Defendant, the United States, respectfully requests leave to file a corrected copy of its response to Mr. William D. Peterson's motion to intervene and complaint in this case.

On page 2 of the response that we filed on April 26, 2007, we represented, in error, that Mr. Peterson had identified the incorrect attorney as the individual to whom service was to be made. Although that statement was true with regard to the identified attorney for service in other spent nuclear fuel cases in which Mr. Peterson filed his motion to intervene, in cases in which we filed a similar response brief last night, Mr. Peterson properly identified the appropriate attorney of record in this case on his certificate of service, and we had intended to remove that representation in the copy of the response that we filed in this case. To correct our

oversight and to remove the representation regarding Mr. Peterson's identification of the attorney for service of his motion, we respectfully request leave to submit a corrected copy of our response, in which we have deleted that representation. Our corrected response accompanies this motion.

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan by s/ Harold D. Lester
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

April 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of April, 2007, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S CORRECTED RESPONSE TO MR. WILLIAM D. PETERSON'S *PRO SE* MOTION TO INTERVENE AND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I have caused to be placed in the United States mail (first-class mail, postage prepaid) copies of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S CORRECTED RESPONSE TO MR. WILLIAM D. PETERSON'S *PRO SE* MOTION TO INTERVENE AND COMPLAINT," as follows:

MR. WILLIAM D. (BILL) PETERSON
P&A Engineers
68 W. Malvern Avenue
Salt Lake City, Utah 84115-3025

s/ Harold D. Lester, Jr.