# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: May 2, 2007)

************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************

## ORDER

The parties filed a Joint Status Report and a Joint Motion to Continue the Stay in this matter on January 5, 2007, pending the outcome of other spent nuclear fuel (SNF) cases in the U.S. Court of Federal Claims and the U.S. Court of Appeals for the Federal Circuit.

**The parties' Motion to Continue Stay is GRANTED. This case is hereby STAYED until further notice. The parties shall file a Joint Status Report every 60 days, beginning July 2, 2007, addressing the status of the other SNF cases and further proceedings in this case.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge