# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: May 3, 2007)

****************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

On April 19, 2007, the Clerk's office received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office forwarded the submission to chambers for disposition because it did not comport with the court's filing rules. Mr. Peterson has submitted similar motions in at least 17 spent-nuclear-fuel cases currently or formerly pending before the United States Federal Claims. None of the motions has been granted. Some have already been returned unfiled for failure to comport with filing standards and because Mr. Peterson failed to show good cause as to the timeliness of his application pursuant to RCFC 24. *See e.g. Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.); *PSEG Nuclear, L.L.C. v. United States*, No. 01-551C (Fed. Cl.). Others have been rejected because final judgment or an order dismissing the case at the plaintiff's or the parties' request had already been entered in the particular case. *See e.g. Commonwealth Edison Co. v. United States*, No. 98-621C (Fed. Cl.).

Mr. Peterson has not shown good cause in his motion why any application by him for intervention would be timely within the meaning of Rule 24 of the Rules of the Court of Federal Claims ("RCFC"). The submission also fails to comply with the court's rules for serving and filing pleadings and other papers, *see e.g.,* RCFC 5, 5.1, 5.2, and 5.3.

**The Clerk of the Court shall return the Filings to Mr. Peterson. A paper copy of this order shall be provided to him in the package returning the Filings.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge