**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 29, 2007)

| | | |
|---|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-483C |
| | ) | (Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's May 2, 2007 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report and recommend the continuation of the stay in this case. As previously detailed to the Court, several of the spent nuclear fuel ("SNF") damages cases in this Court are currently before the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") and several others are awaiting post-trial decisions by other Judges of this Court. The Federal Circuit has scheduled oral argument for December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*, No. 2007-5083. The resolution of these cases on appeal and in this Court could inform the Court's adjudication of the instant action. The

Court has issued spent nuclear fuel decisions in *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *System Fuels, Inc. v. United States*, No. 03-2624C, 2007 WL 2989008 (Fed. Cl. Oct. 11, 2007), and *System Fuels, Inc. v. United States*, No. 03-2623C , 2007 WL 3033659 (Fed. Cl. Oct. 16, 2007), since the parties submitted their August 30, 2007 joint status report. The Government has also filed a motion for reconsideration in response to the decisions in *Northern States* and *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007). As noted in their June 29, 2007 and August 30, 2007 joint status reports, the parties agree that a continuation of the stay in this case until January 7, 2008 is appropriate.

Dated: October 29, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
by s/ Daniel S. Herzfeld
MARIAN E. SULLIVAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585