**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 19, 2007)

| | | |
|---|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-483C |
| | ) | (Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 2, 2007 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report and recommend the continuation of the stay in this case through July 7, 2008.[1] As previously detailed to the Court, several of the spent nuclear fuel ("SNF") damages cases in this Court are currently before the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") and several more cases from the Court of Federal Claims that have been finalized may also be appealed. The Federal Circuit heard oral argument on December 3, 2007,

[1] The parties' status report is due on December 28, 2007, but it is being filed early due to counsels' scheduled leave during the last week of December.

in *Nebraska Pub. Power Dist. v. United States*, No. 2007-5083, but has yet to hear oral argument in the remaining three appeals before the Federal Circuit: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.). The oral arguments in these three cases have not been calendared by the Federal Circuit and will take place no earlier than February 2008. The resolution of these cases on appeal may inform the instant case.

Since the parties submitted their October 29, 2007 status report, three trial decisions at the Court of Federal Claims have been finalized after motions for reconsideration were denied. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *reconsideration denied*, slip op. (Fed. Cl. Dec. 12, 2007); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *reconsideration denied*, 79 Fed. Cl. 182 (2007); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007),

*reconsideration denied*, 79 Fed. Cl. 135 (2007). (The parties also previously reported the trial decision in *System Fuels, Inc. v. United States*, 78 Fed. Cl. 769 (2007), but no entry of judgment has occurred due to additional proceedings to determine damages relating to that utility's cost of capital.) The ultimate resolution of these additional cases may also inform this case.

The parties agree that a continuation of the stay in this case is appropriate and, therefore, request that this Court continue the stay through July 7, 2008.

Dated: December 19, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
by s/ Daniel S. Herzfeld
MARIAN E. SULLIVAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585