**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 21, 2008)

| | | |
|---|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-483C<br>(Judge Baskir) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's May 2, 2007 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report regarding other spent nuclear fuel ("SNF") cases. As previously detailed to the Court, several of the SNF damages cases in this Court are currently before the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") and several more cases from the Court of Federal Claims that have been finalized are also being appealed. Additionally, several additional cases have advanced to trial.

As previously reported, the Federal Circuit heard oral argument on December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*,

No. 2007-5083. On February 4, 2008, the Federal Circuit heard oral argument in three other SNF appeals before the Federal Circuit: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.). The Federal Circuit has yet to rule in these cases. The resolution of these cases on appeal may inform the instant case.

As noted in its February 19, 2008 status report, three other SNF decisions from the Court of Federal Claims have been appealed to the Federal Circuit. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *appeal pending*, No. 2008-5037 (Fed. Cir.); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *appeal pending*, Nos. 2008-5025, 2008-5035 (Fed. Cir.); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007), *appeal pending*, Nos. 2008-5020, 2008-5028 (Fed. Cir.). (The parties also previously reported the trial decision in *System*

*Fuels, Inc. v. United States*, 78 Fed. Cl. 769 (2007), but no entry of judgment has occurred due to additional proceedings to determine damages relating to that utility's cost of capital.) The ultimate resolution of these additional cases may also inform this case.

Finally, several other SNF cases have advanced to trial or are in the midst of post-trial briefing. *See Wisc. Elec. Power Co. v. United States*, 00-697C (Merow, S.J.) (post-trial briefing); *Carolina Power & Light Co. v. United States*, 04-37C (Wheeler, J.) (closing arguments held on April 4, 2008); *Dominion Resources, Inc. v. United States*, Nos. 04-83 & 04-84 (Bruggink, S.J.) (trial begins on May 5, 2008).

As noted in their prior status report, the parties agree that a continuation of the stay in this case is appropriate and, therefore, request that this Court continue the stay through July 7, 2008.

Dated: April 21, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Lisa L. Donahue
by s/ Daniel S. Herzfeld
LISA L. DONAHUE
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585