**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 20, 2008)

| | | |
|---|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,** Plaintiff, v. **THE UNITED STATES,** Defendant. | ) | No. 98-483C (Judge Baskir) |

## JOINT STATUS REPORT

Pursuant to the Court's May 2, 2007 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report regarding other spent nuclear fuel ("SNF") cases. As previously detailed to the Court, several of the SNF damages cases in this Court are currently before the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") and several more cases from the Court of Federal Claims that have been finalized are also being appealed. Additionally, several additional cases have advanced to trial.

As previously reported, the Federal Circuit heard oral argument on December 3, 2007, in *Nebraska Pub. Power Dist. v. United States*,

No. 2007-5083. On February 4, 2008, the Federal Circuit heard oral argument in three other SNF appeals before the Federal Circuit: (1) *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.) (*"Yankee"*); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.) (*"PG&E"*); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.) (*"SMUD"*). The Federal Circuit has yet to rule in these cases. The resolution of these cases on appeal may inform the instant case.

As noted in its last status report dated April 21, 2008, three other SNF decisions from the Court of Federal Claims have been appealed to the Federal Circuit. *Northern States Power Co. v. United States*, 78 Fed. Cl. 449 (2007), *appeal pending*, No. 2008-5037 (Fed. Cir.); *System Fuels, Inc. v. United States*, 79 Fed. Cl. 37 (2007), *appeal pending*, Nos. 2008-5025, 2008-5035 (Fed. Cir.); *Southern Nuclear Operating Co. v. United States*, 77 Fed. Cl. 396 (2007), *appeal pending*, Nos. 2008-5020, 2008-5028 (Fed. Cir.). Briefing in these three appeals has been stayed pending a ruling by

the Federal Circuit in the *Yankee*, *PG&E*, or *SMUD* cases. (The parties also previously reported the trial decision in *System Fuels, Inc. v. United States*, 78 Fed. Cl. 769 (2007), but no entry of judgment has occurred due to additional proceedings to determine damages relating to that utility's cost of capital.) Since the last status report, two additional appeals were filed, arising out of this Court's decision in *Boston Edison Co. v. United States*, 80 Fed. Cl. 468 (2008), *appeals pending*, Nos. 08-5066 and 08-5070 (Fed. Cir.). The ultimate resolution of these additional cases may also inform this case. Additionally, on May 19, 2008, the Court issued its trial decision in *Carolina Power & Light Co. v. United States*, 2008 U.S. Claims LEXIS 134 (Fed. Cl. May 19, 2008) ("*CP&L*"). Subsequently, on June 19, 2008, this Court granted in part and denied in part the Government's motion for reconsideration in *CP&L*, which decision resulted in a reduction of the damages in the judgment previously entered in favor of the plaintiff.

Finally, several other SNF cases have advanced to trial or are in the midst of post-trial briefing. *See Wisc. Elec. Power Co. v. United States*, 00-697C (Merow, S.J.) (post-trial briefing); *Dominion Resources, Inc. v. United States*, Nos. 04-83 & 04-84 (Bruggink, S.J.) (post-trial briefing); *Dairyland*

*Power Co-op. v. United States*, No. 04-106C (Damich, C.J.) (trial commences on July 7, 2008).

As noted in their prior status report, the parties agree that a continuation of the stay in this case is appropriate and, therefore, request that this Court now continue the stay through January 7, 2009.

Dated: June 20, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director

s/ Lisa L. Donahue
by s/ Jack Y. Chu
LISA L. DONAHUE
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585