**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 19, 2008)

| | |
|---|---|
| **FLORIDA POWER AND LIGHT COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 98-483C<br>(Judge Baskir) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Florida Power and Light Company ("FPL") respectfully requests an enlargement of time of thirty days through September 18, 2008 to file a status report updating the Court regarding other spent nuclear fuel ("SNF") cases. Counsel for FPL has spoken with counsel for Defendant the United States (the "Government"), Ms. Marian Sullivan, and she has stated that the Government does not oppose this motion. In this regard, the parties need time to consider several recent rulings and their bearing on the instant case.

In its May 2, 2007 Order, this Court directed the parties to file a status report every 60 days updating the Court regarding the status of other SNF

cases and how the parties would like to proceed. As previously detailed to the Court in their June 20, 2008 joint status report, the parties agreed to a stay of the case through January 7, 2009. Since that status report, however, the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit") has issued three SNF decisions: (1) *Yankee Atomic Elec. Co. v. United States*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033, 2008 WL 3089032 (Fed. Cir. Aug. 7, 2008); (2) *Pacific Gas & Elec. Co. v. United States*, No. 2007-5046, 2008 WL 3089272 (Fed. Cir. Aug. 7, 2008); (3) *Sacramento Mun. Util. Dist. v. United States*, No. 2007-5052, 2008 WL 3539880 (Fed. Cir. Aug. 7, 2008). The parties are currently in the process of analyzing these Federal Circuit decisions and will report back to the Court regarding further proceedings or a continued stay.

For the foregoing reasons, FPL respectfully requests an enlargement of time of thirty days through September 18, 2008 to file a status report updating the Court regarding other SNF cases.

Dated: August 19, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk
by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Florida Power and Light Company

OF COUNSEL:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)