# In the United States Court of Federal Claims

Case No. 98-483C
(Filed: August 26, 2008)

**************************************************
FLORIDA POWER AND LIGHT COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

Plaintiff's unopposed **Motion for a 30-day Enlargement of Time**, until **September 18, 2008,** to file the joint status report regarding further proceedings in this case is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Judge
for Judge Lawrence M. Baskir